UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:
Jhon De La Cruz                                             Case No. 15-12287-JKO
Grecia Lecaro
_____Debtors  /                               Chapter 7

### MOTION TO VACATE DISCHARGE FOR THE SOLE PURPOSE OF FILING REAFFIRMATION AGREEMENT WITH FREEDOM MORTGAGE CORPORATION AND MOTION TO APPROVE REAFFIRMATION AGREEMENT

**COME NOW,** the Debtors, Jhon De La Cruz and Grecia Lecaro, by and through their undersigned counsel and moves this Honorable Court for an Order Vacating the Discharge for the Sole Purpose of filing a Reaffirmation Agreement and Motion to Approve the Reaffirmation Agreement:

1. The Debtors filed for Chapter 7 Bankruptcy relief on February 6, 2015.

2. The §341 Meeting of Creditors was held on April 6, 2015.

3. The discharge was entered today, May 18, 2015.

4. Pursuant to both Schedule D and Statement of Intention, the Debtors intended to reaffirm their interest in the homestead property financed by Freedom Mortgage Corporation (herein "FMC"; Serviced by Loancare Servicing Center).

5. The Debtors executed the Reaffirmation Agreement with FMC on May 16, 2015. Therefore, there was a meeting of the minds between the parties prior to discharge.

6. However, said agreement was not timely filed with the Bankruptcy Court prior to discharge. (Reaffirmation Agreement attached hereto as Exhibit "A").

6. Although the monthly payments as stated in the agreement impose an

undue hardship on the Debtors, they are able to explain feasibility of payment to the court.

**WHEREFORE,** the Debtors respectfully request that this Motion to Vacate Discharge for the Sole Purpose of Filing Reaffirmation Agreement with Freedom Mortgage Corporation be granted, the reaffirmation agreement be approved by the Bankruptcy Court and any other relief the Court deems just and proper.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent this 18th day of May, 2015 via CM/ECF to Trustee, Scott N Brown; via email and regular mail to Freedom Mortgage Corporation, c/o Lauren Timby, Esq., ltimby@aclawllp.com, Aldridge Connors, LLP, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305.

                                                Respectfully Submitted

                                            /s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 W 49th ST.
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161